UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESSICA M. MORGANTHALER,

                              Plaintiff,

          v.

CAROLINE W. COLVIN, Acting
Commissioner of Social Security,

                              Defendant.

Case No. 13-5024 RBL-KLS

REPORT AND RECOMMENDATION

          This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C.

§ 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by Mathews, Secretary of H.E.W.

v. Weber, 423 U.S. 261 (1976).  This matter is before the Court on the stipulated motion for

remand. (ECF  22).  After reviewing the parties' stipulated motion and the remaining record, the

undersigned recommends that the Court grant the parties' motion, and remand this matter

pursuant to sentence four of 42 U.S.C. § 405(g) for a de novo hearing and further administrative

proceedings.

          This Court recommends that on remand, the administrative law judge (the ALJ) will

reconsider the medical opinions in the record, including the opinions of Dr. Zaragoza (Tr. 285-

288), Dr. Lewis (Tr. 289-292), Dr. Norris (Tr. 329-340), Dr. Flanagan (Tr. 342-345), Dr. Krebs

(Tr. 364-366), and Dr. Wingate (Tr. 414-425); the ALJ will reevaluate the severity of Plaintiff's

mental impairments; the ALJ will reassess Plaintiff's mental and physical residual functional

capacity; the ALJ will reevaluate Plaintiff's subjective complaints; and the ALJ will obtain, if

REPORT AND RECOMMENDATION - 1

1   necessary, supplemental vocational expert testimony to assist in determining what jobs exist for

2   Plaintiff in significant numbers given her age, education, vocational factors and residual

3   functional capacity.

4           Given the fact of the parties' stipulation, the Court recommends that the District Judge

5   immediately approve this Report and Recommendation and order the case **REVERSED** and

6   **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).   A proposed order accompanies

7

8   this Report and Recommendation.

9           DATED this 25th day of July, 2013.

10

11

12          Karen L. Strombom
            United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

REPORT AND RECOMMENDATION - 2